AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodges, Shiva V. | U.S. District Court | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge, Full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2019<br>**to**<br>12/31/2019 |
|  | **5b.** ☐ Amended Report |  |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. Federal Courthouse
901 Richland Street
Columbia, South Carolina 29201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Magistrate Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▨▨▨▨▨ - Partnership share |
| 2. 2019 | ▨▨▨▨ - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | March 25-27, 2019 | Washington, D.C. | Attending board meeting | Lodging/Mileage |
| 2. | Federal Magistrate Judges Association | April 17-19, 2019 | Miami, FL | Attending conference as representative of FMJA | Lodging/Airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | 401K #1 (H) | | | N | T | | | | | |
| 2. | -American Beacon SIM High Yield Opptys CL Y | A | Dividend | J | T | Buy | 07/31/19 | J | | |
| 3. | -Artisan Intl Value Advisor CL APDKX | | | J | T | Buy | 07/31/19 | J | | |
| 4. | -Artisan Mid Cap Advisor CL | | | | | Buy | 05/13/19 | J | | |
| 5. | | | | | | Sold | 07/31/19 | J | | |
| 6. | -ASG Managed Futures Strategy CL Y | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 7. | -ASG Dynamic Alloc CL Y | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 8. | -ASG Tactical US Market CL Y | A | Dividend | K | T | Buy | 05/13/19 | J | | |
| 9. | -Bond Fund of America CL F2 | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 10. | -Capital Income Builder CL F2 | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 11. | -Causeway Intl Value Instl CL | | | | | Buy | 05/14/19 | J | | |
| 12. | | | | | | Sold | 07/31/19 | J | | |
| 13. | -Clearbridge Small Cap CL I | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 14. | | | | | | Sold (part) | 09/18/19 | J | | |
| 15. | -Clearbridge Large Cap Growth CL I | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 16. | | | | | | Buy (add'l) | 09/18/19 | J | | |
| 17. | -Consumer Distretionary Select Sector Spdr ETF | | | | | Buy | 05/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/02/19 | J | | |
| 19. -Credit Suisse Floating Rate High Income Instl CL | | | | | Buy | 05/13/19 | J | | |
| 20. | | | | | Sold (part) | 07/31/19 | J | | |
| 21. | | | | | Sold | 09/18/19 | J | | |
| 22. -Deam Small Cap Value | | | | | Buy | 05/13/19 | J | | |
| 23. | | | | | Sold | 09/18/19 | J | | |
| 24. -Delaware Diversified Income Instl CL | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 25. -Goldman Sachs Small Cap Growth Insights Investor CL | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 26. -Growth Fund of America CL F2 | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 27. -Harbor Cap Apprec Instl CL | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 28. | | | | | Sold (part) | 07/31/19 | J | | |
| 29. | | | | | Sold (part) | 09/18/19 | J | | |
| 30. -Harding Loevner Emerging Markets Advisor CL | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 31. | | | | | Sold (part) | 09/18/19 | J | | |
| 32. -Intermediate Bond Fund of America CL F2 | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 33. -Investment Company of America CL F2 | A | Dividend | K | T | Buy | 05/13/19 | J | | |
| 34. -Ishares Iboxx $ High Yield Corp Bond ETF | A | Dividend | J | T | Buy | 05/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -Ishares US Real Estate ETF IYR | A | Dividend | J | T | Buy | 07/02/19 | J | | |
| 36. | | | | | Sold | 08/02/19 | J | | |
| 37. | | | | | Buy | 09/04/19 | J | | |
| 38.  -Janus Henderson Enterprise CL T | A | Dividend | J | T | Buy | 07/31/19 | J | | |
| 39.  -John Hancock Disciplines Value CL I | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 40.  -John Hancock Disciplines Val Mid Cap CL I | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 42.  -Loomis Sayles Growth CL Y | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 43.  -Manigate MLP CL I | | | | | Buy | 05/13/19 | J | | |
| 44. | | | | | Sold | 09/18/19 | J | | |
| 45.  -Metropolitan West Total Return Bond CL I | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 46.  -MFS Value CL I | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 47. | | | | | Buy<br>(add'l) | 09/18/19 | J | | |
| 48.  -New World CL F2 | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 49.  -Nuveen Small Cap Value CL I | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 50.  -Oakmark Intl Investor CL | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 51.  -Payden Low Duration Investor CL | A | Dividend | | | Buy | 09/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -Pimco Real Return CL 12 | | | | | Buy | 05/13/19 | J | | |
| 53. | | | | | Sold | 09/18/19 | J | | |
| 54.  -Sector Consumer Staples Select Sector SPDR ETF | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 55.  -Sector Technology Select Sector Spdr ETF | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 56.  -Sector Utilities Select Sector SPDR ETF | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 57.  -Smallcap World CL F2 | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 58.  -SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 59. | | | | | Sold (part) | 07/02/19 | J | | |
| 60. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 61. | | | | | Sold (part) | 09/04/19 | J | | |
| 62.  -T Rowe Price Emerging Markets Bond Investor | A | Dividend | J | T | Buy | 09/18/19 | J | | |
| 63.  -Vaughan Nelson Value Oppty CL Y | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 64.  -Washington Mutual Investors CL F2 | A | Dividend | K | T | Buy | 05/13/19 | J | | |
| 65.  -Ishares Russell 1000 GRW ETF | A | Dividend | | | Sold | 05/13/19 | K | | |
| 66.  -Ishares Russell 1000 Value ETF | A | Dividend | | | Sold | 05/13/19 | K | | |
| 67.  -Vanguard Mid-cap ETF Index | A | Dividend | | | Sold | 05/13/19 | K | | |
| 68.  -Clearbridge Aggressive GWTH I | A | Int./Div. | | | Sold | 05/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -American Europacific GRW F2 | A | Dividend | | | Sold | 05/13/19 | K | | |
| 70. | -MFS International Value I | A | Dividend | | | Sold | 05/13/19 | K | | |
| 71. | -Fidelity ADV Real Estate Inc. I | A | Dividend | | | Sold | 05/13/19 | J | | |
| 72. | -Vanguard Small Cap ETF | A | Dividend | | | Sold | 05/13/19 | J | | |
| 73. | -Victory Incore Low Dur BD A | B | Int./Div. | | | Sold | 05/13/19 | J | | |
| 74. | -JP Morgan Strat Inc. OPP I (X) | B | Int./Div. | | | Sold | 05/13/19 | J | | |
| 75. | -Oppenheimer Developing MKTS Y | A | Dividend | | | Sold | 05/13/19 | J | | |
| 76. | -Wisdomtree Euro SM Cap DIV ETF | A | Dividend | | | Sold | 05/13/19 | J | | |
| 77. | -JPMorgan Value Advantage I | A | Dividend | | | Sold | 05/13/19 | J | | |
| 78. | -Center Coast MLP Focus I | B | Int./Div. | | | Sold | 05/13/19 | J | | |
| 79. | -SPDR Gold TR Gold SHS | | | | | Sold | 05/13/19 | J | | |
| 80. | -HSBC Bank USA NA cash holding | A | Interest | J | T | | | | | |
| 81. | Southern First Cash Accounts | A | Interest | K | T | | | | | |
| 82. | 401K #2 (H) | | | | | | | | | |
| 83. | - Invesco Moderate Allocation | A | Dividend | J | T | | | | | |
| 84. | Future Scholar 529 (H) | | | | | | | | | |
| 85. | -FS AGGR Track12-13 C | B | Int./Div. | | | Sold | 09/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -FS AGGR Trrack 14-15 | C | Int./Div. | K | T | Buy | 09/03/19 | K | | |
| 87.   JH Multi-Index LS Growth | | None | K | T | Buy | 02/02/19 | J | | |
| 88. | | | | | Buy (add'l) | 02/28/19 | J | | |
| 89. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 90. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 91. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 92. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 93. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 94. | | | | | Buy (add'l) | 09/03/19 | J | | |
| 95. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 96. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 97. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 98. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hodges, Shiva V.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Shiva V. Hodges**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544